

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2025

**MEMO ENDORSED**

BY ECF
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Montgomery, et al.*, 24 Cr. 479 (LTS)

Dear Chief Judge Swain:

The Government has been informed that defendant Dominick Blyden wishes to plead guilty pursuant to a plea agreement. The Government therefore writes on behalf of the parties to respectfully request that the Court hold a change-of-plea hearing. The parties are available on May 1, 2025 at 11:00 a.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   All Counsel (by ECF)

The foregoing request is granted. A change of plea hearing is scheduled in this case for 11:00 a.m. on May 1, 2025, in Courtroom 17C. SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: April 28, 2025