UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                 No.  24-CR-479-LTS-2

DOMINICK BLYDEN,

        Defendant.

--------------------------------------------------------x

SEALING ORDER

        At the sentencing hearing on March 25, 2026, and in letter submissions to the court (docket entries no. 137, 141), the parties moved for redaction and sealing of certain portions of their sentencing submissions that contain the names and private personal information of non-parties, which application the Court granted.  The redacted version of Mr. Blyden's submission and its supporting exhibits is filed at docket entries no. 137 and 137-1.  The redacted version of the Government's submission and its supporting exhibits is filed at docket entries no. 141 and 141-1.  To effectuate sealing, counsel for Mr. Blyden and the Government are directed to promptly bring complete, unredacted copies of their sentencing submissions and all supporting exhibits to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

        SO ORDERED.

Dated: New York, New York
       March 25, 2026

                                 /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge